FILED
At Albuquerque NM

MAY 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-1904 SCY |
| vs. | ) | 18 U.S.C. §§ 1152, 661: Theft of Property in Indian Country (Class A Misdemeanor). |
| **ANDREW OTERO**, | ) | |
| Defendant. | ) | |

# INFORMATION

The United States Attorney charges:

On or about April 22, 2014 to April 29, 2014, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **ANDREW OTERO**, a non-Indian, knowingly did take and carry away, with intent to steal and purloin, the personal property of the victim, K.R., an Indian, and a person known to the United States Attorney's Office, in that the defendant took without permission $1000.00 in money orders.

In violation of 18 U.S.C. § 661 (Class A Misdemeanor).

DAMON P. MARTINEZ
United States Attorney

*/s/ Novaline D. Wilson*
NOVALINE D. WILSON
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274